# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **ENLINK GAS MARKETING, LP,** § | |
| § | |
| *Plaintiff,* § | |
| § | **CIVIL ACTION NO.  3:21-cv-00873** |
| v. § | |
| § | |
| **KOCH ENERGY SERVICES, LLC,** § | |
| § | |
| *Defendant.* § | |
| § | |
| § | |

## DEFENDANT'S NOTICE OF REMOVAL

1. Defendant Koch Energy Services, LLC ("Defendant") removes this suit—a civil dispute between diverse parties involving an amount in controversy exceeding $75,000.00—pursuant to 28 U.S.C. §§ 1332(a)(1), 1441, and 1446.

### I.   COMMENCEMENT AND SERVICE

2. Plaintiff EnLink Gas Marketing, LP filed its Original Petition against Defendant Koch Energy Services, LLC on March 19, 2021 in the 162nd Judicial District Court of Dallas County, Texas in the case styled Cause No. DC-21-03537, *EnLink Gas Marketing, LP v. Koch Energy Services, LLC*. *See* **Ex. A**.

3. Plaintiffs served Defendant with process with the Original Petition on April 5, 2021. *See* **Ex. B**.

4. This Notice of Removal is filed within thirty days of the receipt of service of process and within one year of the commencement of this action. Therefore, this removal is timely filed under 28 U.S.C. § 1446(b) & (c).

## II.     DIVERSITY OF CITIZENSHIP

5.      Plaintiff **EnLink Gas Marketing, LP** is a limited partnership. EnLink Gas Marketing, LP's general partner is EnLink Energy GP, LLC. EnLink Energy GP, LLC, is a limited liability company wholly owned by EnLink Midstream Operating, LP. EnLink Midstream Operating, LP is a limited partnership whose general partner is EnLink Midstream Operating GP, LLC, and its limited partner is EnLink Midstream Partners, LP. EnLink Midstream Operating GP, LLC is a limited liability company wholly owned by EnLink Midstream Partners, LP. EnLink Midstream Partners, LP, is a limited partnership whose general partner is EnLink Midstream LLC, and whose limited partner is Enfield Holdings, LP. EnLink Midstream LLC is a limited liability company wholly owned by GIP III Stetson I, LP, a limited partnership whose general partner is Global Infrastructure Management, LLC, which is a limited liability company whose member, Adebayo Ogunlesi, is a citizen of New York. Enfield Holdings, LP is a limited partnership whose general partners are Acquisition Vehicle Texas I, LLC, and DCB Management Gen Par, LLC. Acquisition Vehicle Texas I, LLC is a limited liability company whose sole member is Raindrop Management, LLC, which is a limited liability company whose sole member is Mark J. Stupfel, a citizen of Texas. DCB Management Gen Par, LLC, is a limited liability company whose members are Ron Hilliard and Shirley Hilliard, each of whom is a citizen of Texas.

6.      Defendant **Koch Energy Services, LLC** is a limited liability company. Koch Energy Services, LLC's sole member is Koch Energy Holdings, LLC, whose sole member is KAES Domestic Holdings, LLC whose sole owner is KAES Equity Holdings, LLC, whose two members are KAES Investor, LLC and Koch Ag & Energy Solutions, LLC. KAES Investor, LLC's sole member is Koch Ag & Energy Solutions, LLC, whose sole member is Koch Resources, LLC, which is wholly owned by Koch Industries, Inc., which is incorporated, and maintains its principal

place of business, in Kansas. Defendants have been unable to locate any person to whom 28 U.S.C. § 1332 applies related to Plaintiff that is a resident of Kansas.

7. Therefore, complete diversity of citizenship exists between the Parties.

### III.     AMOUNT IN CONTROVERSY

8. Plaintiff filed suit in state court seeking equitable relief over the "Base Contract" which governed the parties' agreement to buy and sell gas. *See* **Ex. A, ¶ 9**.

9. For matters seeking equitable relief, the amount in controversy is measured "by the value of the object of the litigation," which, in this case, greatly exceeds $75,000.00. *See Hunt v. Wash. State Apple Adver. Comm'n*, 432 U.S. 333, 347 (1977).

### IV.     NOTICE

10. Defendant shall give notice of its filing of this Notice of Removal to all parties of record pursuant to 28 U.S.C. § 1446(d). Defendant shall also file with the clerk of the state court, and shall serve upon Plaintiffs' counsel, a notice of the filing of this Notice of Removal.

### V.     STATE COURT PLEADINGS

11. Copies of all state court pleadings and orders are attached to this Notice of Removal.

### VI.     EXHIBITS TO NOTICE OF REMOVAL

12. Pursuant to Rule 81 of the Local Civil Rules for the Northern District of Texas, the following documents are attached to this Notice:

> A. Pleadings asserting causes of action, e.g., petitions, counterclaims, cross actions, third-party actions, interventions and all answers to such pleadings (Plaintiff's Original Petition is attached as **Exhibit A;** Citation of Service is attached as **Exhibit B**; State Court answer is attached as **Exhibit C;** and notice of removal is attached as **Exhibit D**);
>
> B. All orders signed by the state judge (none);
>
> C. The docket sheet (attached as **Exhibit E**);

D. An index of matters being filed (attached as **Exhibit F**); and

E. Certificate of Interested Persons (attached as **Exhibit G**).

## VII. CONCLUSION

WHEREFORE, because there is complete diversity between the actual and real parties, and the amount in controversy exceeds $75,000.00, all applicable requirements have been met, and Defendant, Koch Energy Services, LLC, properly removes this action from the 162nd Judicial District Court of Dallas County, Texas to this Court.

Dated: April 15, 2021

Respectfully submitted,

MCDOWELL HETHERINGTON, LLP

By: /s/ David T. McDowell
David T. McDowell – Attorney in Charge
   State Bar No. 00791222
   david.mcdowell@mhllp.com
William B. Thomas
   State Bar No. 24083965
   William.thomas@mhllp.com
First City Tower
1001 Fannin Street, Suite 2700
Houston, Texas 77002
Telephone: (713) 337-5580
Facsimile: (713) 337-8850

Summer Simmons
   State Bar No. 24088574
   summer.simmons@mhllp.com
1000 Ballpark Way, Suite 209
Arlington, Texas 76011
Telephone: (713) 337-5580
Facsimile: (713) 337-8850

**ATTORNEYS FOR KOCH ENERGY SERVICES, LLC**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing has been served on this 15th day of April, 2021, on the following counsel of record by certified mail, return receipt requested and/or email:

    Yvette Ostolaza
    Robert S. Velevis
    SIDLEY AUSTIN LLP
    2021 McKinney Ave., Ste. 2000
    Dallas, Texas 75201
    T: (214) 981-3300
    F: (214) 981-3400
    *Attorneys for Plaintiff*

                          */s/ David T. McDowell*
                          David T. McDowell